FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 08 2004

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

THOMAS A. DIBARTOLO

    Petitioner,

  v.

JOSEPH LEHMAN, CAROL PORTER and ASHBEL T. WALL, III,

    Respondents.

NO. CS-03-094-RHW

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

  By order entered May 4, 2004, the Court adopted Magistrate Judge Leavitt's Report and Recommendation (Ct. Recs. 23, 25) and denied Defendant's Habeas Petition (Ct. Rec. 26). Defendant has filed a Notice of Appeal (Ct. Rec. 28). The Court interprets this Notice of Appeal as an informal request for a certificate of appealability. *See* Fed. R. App. P. 22(b).

  In a habeas corpus proceeding before a district court, the prisoner can appeal the final order if a court of appeals justice or district court judge issues a certificate of appealability ("COA"). 28 U.S.C. § 2253. A court may issue a COA only upon the "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253-(c)(2). The United States Supreme Court, in summing up the standard for "substantial showing," held that a prisoner must demonstrate that "reasonable jurists could debate whether (or for that matter, agree) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), *citing Barefoot v.*

**ORDER DENYING CERTIFICATE OF APPEALABILITY \* 1**

1  *Estelle*, 463 U.S. 880, 894 (1983).  For reasons set out in the May 4, 2004 order, as
2  well as the Report and Recommendation of Magistrate Judge Leavitt, the Court sees no
3  arguable points raised by the Defendant that satisfy this standard.
4         Accordingly, **IT IS HEREBY ORDERED:**
5         Defendant's Request for Certificate of Appealability (Ct. Rec. 115) is **DENIED**.
6         **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter
7  this order and to furnish copies to Defendant and to counsel for Plaintiff.
8         **DATED** this __7__ day of June 2004.

       _____
       ROBERT H. WHALEY
       United States District Judge

Q:\Civil\2003\DiBartolo.COA.ord.wpd

**ORDER DENYING CERTIFICATE OF APPEALABILITY * 2**